UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KARL MCCORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY ENERGY SERVICES, LLC and SAFETY MANAGEMENT SYSTEMS, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO: 20-CV-2171 (NSR) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Karl McCord and Defendants Liberty Energy Services, LLC and Safety Management Systems, LLC through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) Federal Rules of Civil Procedure, with each party to bear its own costs.

Respectfully submitted,

HODGES & FOTY, L.L.P.

By: _____
Don J. Foty
dfoty@hftrialfirm.com
Texas State Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY IN CHARGE FOR PLAINTIFF

AND

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Matthew P. Gizzo

Matthew.gizzo@ogletree.com
599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 492-2500

ATTORNEYS FOR DEFENDANT LYNX
PRESSURE SOLUTIONS, LLC

## Certificate of Service

I certify that on this date the foregoing document was filed through the Court's CM/ECP filing system, and by virtue of this filing notice will be sent electronically to all counsel of record.

Dated: June 30, 2020

_____
Don J. Foty